JOHN L. BURRIS Esq., SBN 69888
BENJAMIN NISENBAUM, Esq., SBN 222173
JAMES COOK Esq., SBN 300212
BURRIS NISENBAUM CURRY & LACY, LLP
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (844) 273-6873
John.Burris@johnburrislaw.com
James.Cook@johnburrislaw.com

Attorneys for Plaintiff,
DOMINIQUE ELDRIDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE ELDRIDGE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF TULARE, et al.,<br><br>Defendants. | CASE NO.: 1:26-cv-01961-JLT-FJS<br><br>STPULATION AND ORDER FOR LEAVE TO AMEND |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF

RECORD: The parties, by and through their respective attorneys, respectfully submit the

following stipulation and order for leave for Plaintiff to file a First Amended Complaint.

Whereas, on March 11, 2026, Plaintiff filed the initial Complaint in this matter.

Whereas, on or around March 26, 2026, Plaintiff learned that Defendant Provost is not

employed by the County of Tulare, as is asserted in Plaintiff's initial Complaint. Instead,

Provost is employed by the State of California as a Special Agent for the Department of

Justice.

Whereas, Plaintiff intends to amend the Complaint to correct facts related to Defendant Provost.

As such, the parties respectfully request and stipulate for leave for Plaintiff to file a First Amended Complaint in this matter. The parties further stipulate that City of Tulare Defendants will not be required to file a further responsive pleading to the First Amended Complaint as this amendment does not affect their interests.

Respectfully submitted,

Dated: April 30, 2026                    BURRIS NISENBAUM CURRY AND LACY, LLP

/s/*James Cook*
John L. Burris
Benjamin Nisenbaum
James Cook
Attorneys for Plaintiff

Dated: April 30, 2026                    JONES MAYER

By:/s/ *Bruce D. Praet*
Bruce D. Praet
Attorneys for Defendants
City of Tulare, Officer E. Wilson, and
Officer P. Miranda

ORDER

As the stipulation is consistent with Fed. R. Civ. P. 15(a)(2), which directs the Court to "freely give leave" to amend when justice so requires, it is HEREBY ORDERED:

1.    Plaintiff has 30 days from the date of this order to file a First Amended Complaint in this matter;

2.    If timely filed, City of Tulare Defendants need not file a further responsive pleading to the First Amended Complaint. *See KST Data, Inc. v. DXC Tech. Co.*, 980 F. 3d 709, 715 (9th Cir. 2020) (recognizing defendant's prior response is not mooted by amendment when allegations in the amended complaint do not change scope or theory of case).

IT IS SO ORDERED.

Dated:    **April 30, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order for Leave to Amend
Dominique Eldridge v. County of Tulare, et al.
3