UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE ELDRIDGE, | Case No. 1:26-cv-01961-JLT-FJS |
| Plaintiff, | ORDER GRANTING PARTIES' STIPULATION TO STAY ACTION |
| v. | PENDING RESOLUTION OF PLAINTIFF'S CRIMINAL CASE |
| CITY OF TULARE, et al., | |
| Defendants. | (ECF No. 20) |

Plaintiff has a parallel pending criminal proceeding in the Superior Court of California, County of Tulare (Case No. PCF455959B) that concerns the same incident underlying this civil proceeding. Staying this civil proceeding while the criminal proceeding is pending will protect Plaintiff's Fifth Amendment right; make efficient use of judicial resources; provide consistency by ensuring that common issues are not re-litigated; and ensure that the criminal process is not undermined by an ongoing parallel civil proceeding.

Accordingly, the parties hereby stipulate to and request a stay of this civil proceeding pending resolution of the criminal proceeding (either dismissal of the criminal proceeding or sentencing). Within 30 days after resolution of the criminal proceeding, Plaintiff will file a status report requesting that the Court lift the stay.

**SO STIPULATED**.

Dated:  June 24, 2026

By: /s/ James Cook
_____
James Cook
Attorney for Plaintiff DOMINIQUE
ELDRIDGE

Dated:  June 24, 2026

By: /s/ Derick Konz
_____
Derick Konz
Attorneys for Defendant COUNTY OF
TULARE

Dated:  June 24, 2026

By: /s/ Ashley Reyes
_____
Ashley Reyes
Deputy Attorney General
Attorneys for Defendants CALIFORNIA
DEPARTMENT OF JUSTICE SPECIAL
AGENT SEAN PROVOST

Dated:  June 24, 2026

By: /s/ Bruce Praet
_____
Bruce Praet
Attorneys for Defendants CITY OF
TULARE, E. WILSON, and P.
MIRANDA

ORDER

Upon stipulation of the parties and good cause appearing, the court stays this proceeding pending resolution of Plaintiff's parallel criminal proceeding. Within thirty (30) days after resolution of the criminal proceeding, Plaintiff SHALL file a status report requesting that the court lift the stay in this action.

IT IS SO ORDERED.

Dated:    **June 24, 2026**

UNITED STATES MAGISTRATE JUDGE